JACOB REICHERT, Respondent, v. EDWARD A. McQUADE and JOHN H. McQUADE, etc., Defendants. JAMES A. McQUADE, Appellant.— Motion that this court direct that certain record evidence showing that the note in suit was protested be received in evidence upon appeal granted.   Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

HERMAN RODGERS and Others, Respondents, v. BERTHA DEVELOPMENT Co., INC., and Others, Defendants. SAMUEL MICHAEL, Purchaser, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

MOLLY ROSENBLUM, Respondent, v. JOHN F. HARRINGTON, Appellant.— Motion to resettle order denied, with ten dollars costs to abide the event.   After our decision in this action the defendant should have been permitted to interpose an answer, setting up as a defense the matters which he urged as a reason for vacating the proceedings previously had.   The defendant should now be permitted to do this, and the plaintiff, through her attorney, expresses her entire willingness that this should be done.   The court can then determine the action upon common-law evidence.   Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

SIGMUND SEIDEN, Respondent, v. S. S. & S. BUILDING CORPORATION and Others, Appellants. SOL UNGER, Respondent.— Motion to dismiss appeal granted for failure on the part of appellant to show merit in the appeal, as required by rule 12.*   Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

SIGMUND SEIDEN, Respondent, v. S. S. & S. BUILDING CORPORATION and Others, Appellants. MILTON R. BLOCH, Respondent.— Motion to dismiss appeal granted for failure on the part of appellant to show merit in the appeal, as required by rule 12.*   Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

TILLIE ZOLLER, Respondent, v. DAVID FELDMAN and MARY FELDMAN, Appellants.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

HARRY BLOCK and Others, Respondents, v. PORTER PUBLISHING COMPANY, Appellant.— Order denying motion to dismiss complaint on the ground that it fails to state a cause of action affirmed, with ten dollars costs and disbursements. No opinion.   Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

ANGELO DE FEO and MARIANNA DE FEO, His Wife, Appellants, v. WILLIAM MERKLE and AGNES MERKLE, His Wife, Respondents.— Order setting aside mortgage foreclosure sale, referee's deed and deficiency judgment affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

SADIE DIAMOND, Respondent, v. SAMUEL ADLMAN, Appellant.— Order denying motion to dismiss second amended complaint affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.